DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRYSTAL RONEY,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,**
d/b/a **CHRISTIANA TRUST, NOT INDIVIDUALLY
BUT AS TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITION TRUST,**
Appellee.

No. 4D22-2313

[July 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE20018154.

Bruce Jacobs of Jacobs Legal, PLLC, Miami, for appellant.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***